## Gorman's Estate

24

*Edgar A. Barnett*, for exceptant.

*S. Lloyd Moore*, of *Moore, Gossling & Panfil*, contra.

KLEIN, J., December 20, 1935.—We have this day confirmed the order of the hearing judge, dismissing exceptant's petition to reopen and review the adjudication on the executor's account, dated May 16, 1929. The exceptant, being a creditor of the decedent, has no standing to present a claim at the audit of the trustee's account.

The exceptions are dismissed and the adjudication confirmed absolutely.